**Roger OSBORN, Plaintiff–Appellant,**

v.

**Joseph P. SACCHET, Warden; Maryland State Department of Corrections; Maryland State Department of Public Safety and Correctional Services; Incorporated Correctional Medical Services; Lloyd Waters, Warden; Anthony Swetz, Health Services, DPSCS; John D. Stafford, Doctor, Medical Director, CMS; Alan Graves, Doctor, DDS; Harry Heise, Doctor, DDS; Doctor Moubarek, Physician, CMS; Eleanor Bowles, Ms., Regional Health Care Administrator; Robert H. Miller,**

**Mr., Case Management Supervisor, Retired; Olin Brake, Mr., Case Management Supervisor, MCI–H, Defendants-appellees,**

and

**Robert Testoni, Doctor, DDS, Defendant.**

No. 01–7128.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 4, 2001.

Decided Oct. 12, 2001.

Roger Osborn, pro se. John Joseph Curran, Jr., Attorney General, Glenn William Bell, Office of the Attorney General of Maryland, Philip Melton Andrews, Michael Joseph Lentz, Kramon & Graham, Baltimore, MD; Robert Fulton Dashiell, Wartzman, Omansky, Bilbaum, Simons, Steinberg, Sachs & Sagal, Towson, Maryland, for appellees.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Roger Osborn appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Osborn v. Sacchet,* No. CA–00–1952–MJG (D. Md. June 15, 2001). We deny Osborn's motion titled "Request for Time Extension." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED.*